## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher L. Lovell       BK NO. 24-02741 HWV
       Kelly R. Lovell

               Debtor(s)             Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

               Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
30 Oct 2024, 21:55:42, EDT

         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA  19106
         215-627-1322