United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 24-02741-HWV
Christopher L. Lovell Chapter 7
Kelly R. Lovell
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2025 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher L. Lovell, Kelly R. Lovell, 126 Jackson Street, Hanover, PA 17331-2401 |
| 5663801 | + | Members 1st, PO Box 8893, Camp Hill, PA 17001-8893 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5663793 | + | EDI: LCIICSYSTEM | Jan 29 2025 23:43:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5663794 | + | EDI: BANKAMER | Jan 29 2025 23:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5663795 | + | EDI: CAPITALONE.COM | Jan 29 2025 23:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5663797 | + | EDI: WFNNB.COM | Jan 29 2025 23:43:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5663798 | ^ | MEBN | Jan 29 2025 18:37:07 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 5663796 | | EDI: JPMORGANCHASE | Jan 29 2025 23:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5663799 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 29 2025 18:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5663800 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 18:43:00 | Lakeview Loan Servicing, PO Box 60509, City of Industry, CA 91716-0509 |
| 5663802 | + | Email/Text: Unger@Members1st.org | Jan 29 2025 18:43:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5663803 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 29 2025 18:46:27 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5663804 | | Email/Text: bankruptcydocs@osla.org | Jan 29 2025 18:43:00 | Oklahoma Student Loan Authority, Attn: Bankruptcy, P.O. Box 18475, Oklahoma City, OK 73154 |
| 5663806 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2025 18:43:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 5663805 | + | Email/Text: bankruptcy@patriotfcu.org | Jan 29 2025 18:43:00 | Patriot Feceral Credit Union, P. O. Box 778, Chambersburg, PA 17201-0778 |
| 5663807 | ^ | MEBN | Jan 29 2025 18:37:18 | Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 5663808 | + | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| 5663809 | + | EDI: SYNC | Jan 29 2025 23:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5663810 | + | EDI: SYNC | Jan 29 2025 23:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Jan 29 2025 23:43:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5663811 | + | EDI: TDBANKNORTH.COM | Jan 29 2025 23:43:00 | TD Retail Card, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112-9547 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Leon P. Haller | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Scott J Strausbaugh | on behalf of Debtor 2 Kelly R. Lovell scott@strausbaughlaw.com |
| Scott J Strausbaugh | on behalf of Debtor 1 Christopher L. Lovell scott@strausbaughlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Christopher L. Lovell (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx-xx-9298<br>EIN: __-_____ |
| Debtor 2: Kelly R. Lovell (Spouse, if filing) (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx-xx-2064<br>EIN: __-_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:24-bk-02741-HWV | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher L. Lovell                    Kelly R. Lovell

**By the court:**  /s/ Henry W. Van Eck

1/29/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**